UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

CLEO J. REED,

          Defendant.

CASE NO. CR13-5373BHS

ORDER

This matter comes before the Court on Defendant's Ex Parte Motion for Travel (Dkt. 10) and Ex Parte Motion for Adjustment to Appearance Bond (Dkt. 12) filed on August 22, 2013. The Court has considered both motions and the government's Consolidated Response filed on August 27, 2013, opposing the motions (Dkt. 16).

The Defendant is awaiting sentencing out on bond with conditions, as the government raised no objection at Defendant's initial appearance and plea hearing on June 26, 2013, when the Court found that with conditions Mr. Reed was not a substantial flight risk or risk to public safety. The conditions include restrictions on travel and periodic urinalysis.

ORDER - 1

1       The Court cannot find that travel to Mexico will not give rise to a reasonable risk

2 that the Defendant will flee the jurisdiction of the Court, and therefore the Court denies

3 Defendant's Motion for Travel.  As to Defendant's Motion for Adjustment to Appearance

4 Bond, the Court finds the argument that Defendant's contention that he is unable to

5 provide urine samples is unconvincing, and, in fact, contradicted by the letter from Dr.

6 Thanh V. Pham, dated August 16, 2013, and therefore Defendant's Motion for

7 Adjustment of Appearance Bond is also denied.

8       Dated this 27th day of August, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge