UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff,<br><br>v.<br><br>CLEO J. REED<br><br>                Defendant. | N0. CR13-5373BHS<br><br>EX-PARTE ORDER |

THIS MATTER having come before the court upon the Defendant's Motion Requesting an Additional 60 days to Self-Surrender, and the court having examined the files and records and being fully advised it is ORDERED, that the Defendant is **GRANTED** an additional **30** days to Self-Surrender.

Dated this 30th day of December, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Tuella O. Sykes
Tuella O. Sykes, WSBA #36179
Attorney for Defendant

**EX-PARTE ORDER -** Page 1 of 1

LAW OFFICES OF TUELLA O. SYKES
600 FIRST AVE, SUITE 307
SEATTLE, WA 98104