UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CLEO J. REED,<br><br>　　　　　Defendant. | N0. 13-05373-BHS<br><br>*EX-PARTE* ORDER |

THIS MATTER comes before the Court upon the Defendant's Motion Requesting Additional 60 days for Self-Surrender and revision to Defendant's drug monitoring bond. Dkt. 31.

The Court having examined the files and records and being fully advised grants the Defendant an additional 14 days for self-surrender. Defendant's bond is revised to limit drug testing or monitoring until Defendant's TB diagnosis has been ruled out.

The Court will consider a further extension upon a motion made with notice to the Government.

Dated this 31st day of January 2014.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　United States District Judge