UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLEO J. REED,<br><br>Defendant. | CASE NO. CR13-5373BHS<br><br>ORDER |

THIS MATTER came before the Court on Defendant's unopposed Motion Requesting Additional 45 days for Self-Surrender, and the Court, having examined the files and records and being fully advised, NOW, THEREFORE,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED, and Defendant is ORDERED to self-surrender on September 8, 2014.

Dated this 24th day of July, 2014.

BENJAMIN H. SETTLE
United States District Judge

WAIVER